

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

_____

| | | |
|---|---|---|
| CRAIG CARPENITO<br>UNITED STATES ATTORNEY<br><br>FRANCES C. BAJADA<br>ASSISTANT UNITED STATES ATTORNEY | *970 Broad Street, Suite 700*<br>*Newark, New Jersey 07102*<br>*frances.bajada@usdoj.gov* | main:  *(973) 645-2700*<br>direct: *(973) 297-2038*<br>fax:    *(973) 297-2010* |

**ECF**

August 12, 2020

Honorable Claire C. Cecchi
United States District Judge
Martin Luther King Jr. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:  *Luz Delmora v. United States of America, et al.*
           Civil Action No. 20-6251(CCC)(MF)

Dear Judge Cecchi:

    We represent Defendants United States of America, et al. in the above-referenced Federal Tort Claims Act (the "FTCA") action. We write to respectfully request on behalf of the parties that the Court enter the attached Consent Order dismissing the Complaint, without prejudice, because Plaintiff did not exhaust administrative remedies prior to filing this action in violation of the FTCA.

    We thank the Court for its consideration of this matter.

                                        Respectfully submitted,

                                        CRAIG CARPENITO
                                        United States Attorney

                                        *s/Frances C. Bajada*
                      By:   FRANCES C. BAJADA
                            Assistant United States Attorney