CRAIG CARPENITO
United States Attorney
FRANCES C. BAJADA
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
Telephone (973) 297-2038

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUZ DELMORA,<br><br>    *Plaintiff*,<br><br>    v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>    *Defendants*. | HON. CLAIRE C. CECCHI<br><br>Civil No. 20-6251(CCC)(MF)<br><br>**NOTICE OF APPEARANCE** |

This is to notice the appearance of Craig Carpenito, United States Attorney, District of New Jersey, by Frances C. Bajada, Assistant United States Attorney, as attorney of record for Defendant United States of America in the above-captioned case.

Service of all notices in this case should be made upon:

>Frances C. Bajada
>Assistant United States Attorney
>United States Attorney's Office
>970 Broad Street, Suite 700
>Newark, New Jersey 07102

>CRAIG CARPENITO
>United States Attorney

By:    *s/ Frances C. Bajada*
       Frances C. Bajada
       Assistant United States Attorney